IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

Scott Edward Jones, plaintiff, pro se,

Shilo Marie Jones, plaintiff, pro se

            Vs.                               **COMPLAINT**

Genesis Health System, a corporation,

ECHO L.T.D, a corporation, Genesis Ambulance

Services, a corporation, Rhonda Hance, R.N.,

Kim Bush, R.N., Bradley A. Bourkland, M.D.,

Jodi Jones, EMT, Joe Snodgrass, EMT,

John Gilbert, EMT, Dewayne Sutton, EMT,

Jeffrey Schmitt, EMT, Robert Baustian,

      defendants,

PARTIES CONTINUED:

DEFENDANTS:
Jodi Jones, EMT
(309)281-2770, (employer address) Genesis Ambulance 801 Illini Dr., Silvis, Il 61282
Home State: Unknown

John Gilbert, EMT
(309)281-2770, (employer address) Genesis Ambulance 801 Illini Dr., Silvis, Il 61282
Home State: Unknown

Joe Snodgrass, EMT
(309)281-2770, (employer address) Genesis Ambulance 801 Illini Dr., Silvis, Il 61282
Home State: Unknown

Dewayne Sutton,
(309)281-2770, (employer address) Genesis Ambulance 801 Illini Dr., Silvis, Il 61282
Home State: Unknown

Jeffrey Schmitt, EMT
(309)281-2770, (employer address) Genesis Ambulance 801 Illini Dr., Silvis, Il 61282
Home State:Unknown

Robert Baustian,
(309)281-2770, (employer address) Genesis Ambulance 801 Illini Dr., Silvis, Il 61282
Home State: Unknown

Genesis Ambulance Services:
(309)281-2770, 801 Illini Dr, Silvis, Il 61282
Home State: Illinois

(State here as briefly as possible the FACTS of your case. You MUST state EXACTLY what each defendant personally did, or failed to do, which resulted in harm to you. State the date AND place of all events. Attach an extra sheet if necessary, and write the heading "Part II Continued" at the top of the sheet. Keep to the facts. Do not give any legal arguments or cite any cases.)

On November 14th, 2014 Scott Jones was taken to Genesis Medical Center DeWitt, E.D. for treatment of Respiratory Failure. Scott was being transported from Genesis DeWitt E.D. to U of I, Hospitals in Iowa City Iowa when the Genesis Ambulance was involved in a collision. Scott was injured in the accident due to improper restraint to the gurney and was returned to Genesis DeWitt E.D. with a documented injury.

(If you know, BRIEFLY state what SPECIFIC law of constitutional provisions defendant(s) violated.)

42 U.S. Code § 1395dd - EMTALA
U.S. Code 45 C.F.R. § 164.508
U.S. Code 45 C.F.R. § 164.524

**RELIEF**

Part II continued...
Following return to the Genesis DeWitt, E.D. The treatment being provided to Scott by paramedics for a documented injury ceased, and Scott was transferred unstabilized without appropriate Emergency Medical Screening or care of injuries caused by Genesis staffs Negligence. This transfer caused further deterioration of Scott's injuries.
It is our claim that:

Kim Bush R.N. had contact with Scott and Shilo Jones as a medical care provider at Genesis Medical Center DeWitt, Iowa, Emergency Department On the date of November 14th, 2014. Prior to and following a Motor Vehicle accident involving Genesis Ambulance and Genesis personnel.

1. Failed to recognize Scott was in physical distress.
2. Failed to document known Emergency Medical Condition (EMC) following a motor vehicle collision involving Genesis Ambulance
3. Failed to provide appropriate triage assessment.
4. Failed to recognize and document seizure activity.
5. Failed to complete mandatory reporting of an accident that resulted in patients harm.
6. Failed to provide proper care of a patient in an emergency situation.
7. Failed to continue emergency medical treatment being provided for stabilization of known Emergency Medical Condition.
8. Failed to expend the time and effort needed to fully appreciate all of Scott's injuries and their magnitude.
9. Failed to properly document patient care, treatment, and emergency personals correspondence.
10. Deviated from known procedures and protocols without good medical reason to do so.
11. Failed to administer a standard level of care.
12. Had a conscious disregard for Scotts safety and health
13. Intentionally inflicted emotional distress.

Rhonda Hance R.N. had contact with Scott and Shilo Jones as a medical care provider at Genesis Medical Center DeWitt, Iowa, Emergency Department On the date of November 14th, 2014. Prior to and following a Motor Vehicle accident involving Genesis Ambulance and Genesis personnel.

1. Failed to recognize Scott was in physical distress
2. Failed to document known Emergency Medical Condition (EMC) following a motor vehicle collision involving Genesis Ambulance
3. Failed to provide appropriate triage assessment.
4. Failed to recognize and document seizure activity.
5. Failed to complete mandatory reporting of an accident that resulted in patients harm.
6. Failed to provide proper care of a patient in an emergency situation.

**Parties**
(In item A below, place your name in the first blank and place your present address and telephone number in the second blank. In the third blank write the state where your home is ("Home State"). In item B below, do the same for additional plaintiffs, if any.)

A.  Name of Plaintiff  Scott Edward Jones

Address & Telephone Number  603 9th Ave West, Milan, Ill 61264
(563)676-6562

Home State  Illinois

B.  Additional Plaintiffs (include addresses, telephone numbers and home state for each)

Shilo Marie Jones  (563)676-6562
603 9th Ave West, Milan, Ill 61264  -Illinois

(In item C below, place the FULL name of the defendant in the first blank place, the address and telephone number for the defendant in the second blank. In the third blank, write the state in which the defendant has his/her home. If the defendant is a corporation, list the location of its home office, and the state where it is incorporated, if known. If the defendant is a government agency, simply name it. In item D, do the same for additional defendants, if any.)

C.  Name of defendant  Genesis Medical Center
(563)421-1000
Address & Telephone Number  1227 E. Rusholme St, Davenport IA, 52803

Home State  Iowa

D.  Additional Defendants (include addresses, telephone numbers and home state for each)
(309)309-792-7056
Echo, LTD  801 Illini Dr, Silvis, Illinois 61282   Illinois
(563) 659-4200
Rhonda Hance R.N.  1118 11th St, DeWitt, IA 52742 (work address)
(563) 659-4200
Kim Bush R.N.  1118 11th St, De Witt, IA 52742 (work)
(563) 659-4200
Bradley A. Bouckland  1118 11th St, De Witt, IA 52742 (work)

**STATEMENT OF CLAIM**

7. Failed to continue emergency medical treatment being provided for stabilization of known Emergency Medical Condition by EMT's.

8. Failed to expend the time and effort needed to fully appreciate all of Scott's injuries and their magnitude.
9. Failing to accurately document, assess, evaluate, or report the status of a patient.
10. Failed to document emergency personnel's correspondence regarding patient injuries.
11. Deviated from known procedures and protocols without good medical reason to do so.
12. Making an omission that adversely affected plaintiffs welfare.
13. Misrepresented pertinent facts.
14. Altered and falsified medical records.
15. Intentionally violated Scott and Shilo's religious beliefs.
16. Acted in a manner deliberate to causing physical, emotional and financial injury.
17. Failed to administer a standard level of care.
18. Caused an unreasonable delay in medical treatment.
19. Failed to obtain informed consent for transfer.
20. Had a conscious disregard for Scotts safety and health
21. Intentionally inflicted emotional distress.

Bradley A. Bourkland M.D. had contact with Scott and Shilo Jones as a medical care provider at Genesis Medical Center DeWitt, Iowa, Emergency Department On the date of November 14th, 2014. Prior to and following a Motor Vehicle accident involving Genesis Ambulance and Genesis personnel.
1. Failed to recognize Scott was in physical distress.
2. Failed to continue emergency medical treatment being provided for stabilization of known Emergency Medical Condition by EMT's.
3. Failed to provide an appropriate Medical Screening Examination in accordance with EMTALA guidelines.
4. Failed to recognize the substantial risk that Scott's condition and injuries would deteriorate during transfer without stabilizing treatment.
5. Failed to expend the time and effort needed to fully appreciate all of Scott's medical issues, injuries and their magnitude.
6. Failed to order necessary testing to identify an Emergency Medical Condition.
7. Showed a deliberate indifference to Scott and his needs as an injured person seeking medical attention.
8. Failed to complete mandatory reporting of an accident that resulted in patients harm.
9. Misrepresented pertinent facts.
10. Failed to acknowledge and act with reasonable promptness causing an unreasonable delay in medical treatment.

11. Deviated from known procedures and protocols without good medical reason to do so.
12. Failed to provide proper supervision of Emergency Department Staff in an emergency situation.
13. Failed to obtain informed consent from patient before proceeding with transportation.
14. Making an omission that adversely affected plaintiffs welfare
15. Acted in a manner deliberate to causing physical, emotional and financial injury.
16. Failed to diagnose, treat, and stabilize Scott for an Emergency Medical Condition.
17. Failed to provide appropriate medical equipment for transfer.
18. Had a conscious disregard for Scotts safety and health.
19. Intentionally inflicted emotional distress.

Jodi Jones, EMT: On the date of November 14th, 2014, had contact with Scott and Shilo Jones, as an Emergency Medical Technician, at Genesis Medical Center DeWitt Emergency Department and Genesis Ambulance #1751.
1. Failing to accurately document, assess, evaluate, or report the status of a patient.
2. Deviated from known procedures and protocols without good medical reason to do so.
3. Making an omission that adversely affected plaintiffs welfare.
4. Breached the duty of standard of care.
5. Failing to ensure patients safety during transport.
6. Failed to ensure the presence of adequate and functional equipment.
7. Failed to complete mandatory reporting of an accident that resulted in patients harm
8. Failed to administer a standard level of care
9. Deviated from known procedures and protocols without good medical reason to do so causing patient harm.
10. Making an omission that adversely affected plaintiffs welfare
11. Failed to provide proper care care of a patient in an emergency situation for critical injuries.
12. Altered and falsified medical records
13. Had a conscious disregard for Scotts safety and health
14. Intentionally inflicted emotional distress.

John Gilbert, EMT: On the date of November 14th, 2014, had contact with Scott and Shilo Jones, as an Emergency Medical Technician, at Genesis Medical Center DeWitt Emergency Department and Genesis Ambulance #1751.
1. Failing to accurately document, assess, evaluate, or report the status of a patient.
2. Deviated from known procedures and protocols without good medical reason to do so.
3. Making an omission that adversely affected plaintiffs welfare.

4. Breached the duty of standard of care.Failing to ensure patients safety during transport.
5. Failed to ensure the presence of adequate and functional equipment.
6. Failed to properly document communications with medical control.
7. Had a conscious disregard for Scotts safety and health
8. Failed to complete mandatory reporting of an accident that resulted in patients harm.
9. Failed to administer a standard level of care
10. Deviated from known procedures and protocols without good medical reason to do so causing patient harm.
11. Making an omission that adversely affected plaintiffs welfare
12. Failed to provide proper care care of a patient in an emergency situation for critical injuries.
13. Altered and falsified medical records
14. Failed to document amendments to Run Report in accordance to local protocol.
15. Had a conscious disregard for Scotts safety and health
16. Intentionally inflicted emotional distress.

Jeffrey Schmitt, EMT: On the date of November 14th, 2014, had contact with Scott and Shilo Jones, as an Emergency Medical Technician, at Genesis Medical Center DeWitt Emergency Department and Genesis Ambulance #1751.
1. Failing to accurately document, assess, evaluate, or report the status of a patient.
2. Deviated from known procedures and protocols without good medical reason to do so.
3. Making an omission that adversely affected plaintiffs welfare.
4. Breached the duty of standard of care.
5. Failing to ensure patients safety during transport.
6. Failed to properly document communications with medical control.
7. Failed to ensure the presence of adequate and functional equipment.
8. Failed to complete mandatory reporting of an accident that resulted in patients harm
9. Failed to administer a standard level of care
10. Deviated from known procedures and protocols without good medical reason to do so causing patient harm.
11. Making an omission that adversely affected plaintiffs welfare
12. Failed to provide proper care care of a patient in an emergency situation for critical injuries.
13. Altered and falsified medical records
14. Failed to document amendments to Run Report in accordance to local protocol.
15. Violated patient privacy and confidentiality rights.
16. Had a conscious disregard for Scotts safety and health
17. Intentionally inflicted emotional distress.

Joe Snodgrass, EMT: On the date of November 14th, 2014, had contact with Scott and Shilo Jones, as an Emergency Medical Technician, at Genesis Medical Center DeWitt Emergency Department and Genesis Ambulance #1752.
1. Failing to accurately document, assess, evaluate, or report the status of a patient.
2. Deviated from known procedures and protocols without good medical reason to do so.
3. Making an omission that adversely affected plaintiffs welfare.
4. Breached the duty of standard of care.
5. Failing to ensure patients safety during transport.
6. Failed to ensure the presence of adequate and functional equipment.
7. Failed to properly document communications with medical control.
8. Failed to ensure the presence of adequate and functional equipment.
9. Failed to complete mandatory reporting of an accident that resulted in patients harm
10. Failed to administer a standard level of care
11. Deviated from known procedures and protocols without good medical reason to do so.
12. Making an omission that adversely affected plaintiffs welfare
13. Failed to provide proper care care of a patient in an emergency situation for critical injuries.
14. Altered and falsified medical records
15. Failed to document amendments to Run Report in accordance to local protocol.
16. Failed to notify receiving hospital of change in patient's condition.
17. Causing an unreasonable delay in medical treatment.
18. Had a conscious disregard for Scotts safety and health
19. Intentionally inflicted emotional distress.

Dewayne Sutton, EMT: On the date of November 14th, 2014, had contact with Scott and Shilo Jones, as an Emergency Medical Technician, at Genesis Medical Center DeWitt Emergency Department and Genesis Ambulance #1752.
1. Failing to accurately document, assess, evaluate, or report the status of a patient.
2. Deviated from known procedures and protocols without good medical reason to do so.
3. Making an omission that adversely affected plaintiffs welfare.
4. Breached the duty of standard of care.
5. Failing to ensure patients safety during transport.
6. Failed to ensure the presence of adequate and functional equipment.
7. Failed to properly document communications with medical control.
8. Failed to ensure the presence of adequate and functional equipment.
9. Failed to complete mandatory reporting of an accident that resulted in patients harm
10. Failed to administer a standard level of care

11. Deviated from known procedures and protocols without good medical reason to do so.
12. Making an omission that adversely affected plaintiffs welfare
13. Failed to provide proper care care of a patient in an emergency situation for critical injuries.
14. Altered and falsified medical records
15. Failed to document amendments to Run Report in accordance to local protocol.
16. Failed to notify receiving hospital of change in patient's condition.
17. Causing an unreasonable delay in medical treatment.
18. Had a conscious disregard for Scotts safety and health
19. Intentionally inflicted emotional distress.

Robert Baustian, Had access to plaintiff Scott's Medical Records dated November 14th, 2014 from Genesis Ambulances #1751 and # 1752 and Genesis Medical Center.
1. Failed to notice numerous material deficiencies in Scott's medical record and Ambulance Run Reports.
2. Failed to document amendments to Run Report in accordance to local protocol.
3. Failed to complete mandatory reporting of an accident that resulted in patients harm
4. Making an omission that adversely affected plaintiffs welfare
5. Altered and falsified medical records.
6. Had a conscious disregard for Scotts safety and health
7. Intentionally inflicted emotional distress.
8. Deviated from known procedures and protocols causing patient harm.

Genesis Medical Center, Is a hospital located in DeWitt Iowa providing Emergency Medical care, Scott was seen in the Emergency Department of Genesis Dewitt, Iowa campus on November 14th, 2014.
1. Failed to provide an assessment of known injuries sustained in a MVC within the capabilities of the hospital;
2. Failed to provide testing for known injuries sustained by Scott in MVC in accordance with hospital rules and regulations;
3. Failed to provide an appropriate MSE by qualified personnel under the direct supervision of a member of the medical staff;
4. Failed to provide the same screening it affords to other patients with similar perceived conditions to those Scott presented;
5. Otherwise failed to provide an appropriate screening under EMTALA.
6. Failed to properly train and supervise Emergency Department staff
7. Failed to properly train Emergency Medical Technician staff.
8. Failed to properly train staff in HIPAA procedures and protocols.
9. Employed Bradley A. Bourkland M.D. knowing he had a propensity for conduct which may result in patient injuries.

(State briefly **EXACTLY** <u>what you want the Court to do for you.</u> Make no legal arguments. Cite no cases or statutes.)

We are asking for a jury trial in which to decide facts and award monetary damages against defendants in the amount of $1,200,000.00. (one million, two hundred thousand)

**Signature(s) of Plaintiff(s)**

Signed this 8th day of November, 2016.

_Scott E. Jones_
(Signature of Plaintiff)

(563) 676-6562
(Area Code)-Telephone Number

_Shilo M. Jones_

(563) 676-6562