UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

SCOTT E. JONES and SHILO M. JONES,

Plaintiff

v

GENESIS HEALTH SYSTEMS, RHONDA HANCE, KIM BUSH, BRADLEY BOURKLAND, GENESIS AMBULANCE SERVICES, JODI JONES, JEFFREY SCHMIT, JOHN GILBERT, JOE SNODGRASS, DEWAYNE SUTTON, ROBERT BAUSTIAN and ECHO LTD.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:16-cv-106

☐ JURY VERDICT. This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☉ DECISION BY COURT. This action came to before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

that the Court finds that the Complaint fails to state an EMTALA claim, and that it has not jurisdiction over the remaining state-law claims. Thus, it denies the Plaintiffs' motion to proceed in forma paupers pursuant to 28 U.S.C. 1915(e). Judgment is entered in favor of the Defendants' and against the Plaintiffs'

Date: February 1, 2017

CLERK, U.S. DISTRICT COURT

/s/ Brian Phillips
_____
By: Deputy Clerk